**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

ROY A. WILLIAMS                                    CIVIL ACTION NO. 17-0767-P

VERSUS                                             JUDGE S. MAURICE HICKS, JR.

DAVID F. POST, ET AL                               MAGISTRATE JUDGE HAYES

**JUDGMENT**

Before the Court is the Report and Recommendation of the Magistrate Judge. See Record Document 11. *Pro se* plaintiff Roy A. Williams ("Williams") filed objections to the Report and Recommendation and also filed a Motion for Leave to File Amended Civil Rights Complaint. See Record Documents 15 & 16. The Court holds that the objections are without merit and that the Motion for Leave to File Amended Civil Rights Complaint should be **DENIED**, as the proposed amendment is futile.

Accordingly, for the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections (Record Document 15) filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion for Leave to File Amended Civil Rights Complaint (Record Document 16) be and is hereby **DENIED**.

**IT IS FURTHER ORDERED** that Williams' complaint be and is hereby **DISMISSED WITH PREJUDICE** as frivolous, for failing to state a claim on which relief may be granted,

and for seeking monetary damages against a defendant who is immune from such relief pursuant to pursuant to the provisions of 28 U.S.C.§ 1915.

 **THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 27th day of September, 2017.

_____<br>
S. MAURICE HICKS, JR.<br>
UNITED STATES DISTRICT JUDGE